UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KEVIN CLAY,

    Plaintiff,

vs.

ADECCO USA,

    Defendant.

Case No. 3:16-cv-135

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

## ORDER TO SHOW CAUSE
---

This *pro se* civil case came before the Court for a duly scheduled discovery status conference by telephone on May 8, 2017. Attorney Daniel Srsic participated. *Pro se* Plaintiff Kevin Clay did not participate despite having been served with notice of the status conference. *Pro se* Plaintiff is hereby **ORDERED** to **SHOW CAUSE**, in writing and within ten (10) days from the entry of this Order, as to why this case should not be dismissed for failure to prosecute as a result of his failure to participate in the May 8, 2017 status conference. *Pro se* Plaintiff is **NOTIFIED** that his failure to respond to this Order and appropriately show cause may result in the dismissal of this case.

    **IT IS SO ORDERED.**


Date:  May 10, 2017

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge