UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KEVIN CLAY,

    Plaintiff,

vs.

ADECCO USA,

    Defendant.

Case No. 3:16-cv-135

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation. Accordingly, this case is hereby **DISMISSED** for failure to prosecute and is **CLOSED** on the Court's docket.

    **IT IS SO ORDERED.**

Date: June 12, 2017

s/Thomas M. Rose

Thomas M. Rose
United States District Judge